429 A.2d 75

LaBella v. LaBella, Appellant.

■■■■

■■■■ Argued September 11, 1979. Matthew D. Carrafiello, for appellant; Patrick Campbell, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

429 A.2d 75

Philadelphia National Bank, Appellant v. Happe, Jr. et al.

■■■■

■■■■ Argued December 5, 1979. William H. Bradbury, III, for appellant; Harry R. Kozart, for appellees.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J. filed a memorandum concurring statement.